1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.

PABLO RUBIO-PENA,

                              Defendant.

Case No.: 16-CR-0588-GPC

ORDER AND JUDGMENT TO
DISMISS INFORMATION
WITHOUT PREJUDICE

        Upon motion of the United States of America and good cause appearing,

        IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

        IT IS SO ORDERED.

Dated:  April 26, 2016

Hon. Gonzalo P. Curiel
United States District Judge